## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., et al.,[1]<br><br><br>Debtors. | Case Nos. 01-11628 through 01-11639 (PJW)<br><br>Jointly Administered<br><br>Chapter 11 |
| NATIONSRENT UNSECURED<br>CREDITOR'S LIQUIDATING TRUST,<br>through PERRY MANDARINO, not<br>personally, but as Trustee,<br><br><br>Plaintiff,<br><br>v.<br><br>SOCO GROUP,<br><br><br>Defendant. | CIVIL ACTION NO. 04-CV-1159 (KAJ) |

### STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY stipulated and agreed between the above-captioned Plaintiff, Perry

Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's

Liquidating Trust, and the above-captioned Defendant, Soco Group, that the above-

referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule

41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the

Federal Rules of Bankruptcy Procedure.

---

[1]  NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

606478v1

Dated:  February 20, 2006

THE BAYARD FIRM

Neil B. Glassman (No. 2087)
Ashley B. Stitzer (No. 3891)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
Telephone:    (302) 655-5000

- and -

LOWENSTEIN SANDLER PC
Paul Kizel
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone:    (973) 597-2500

Co-Counsel for Perry Mandarino, not
personally, but as Trustee for the
NationsRent Unsecured Creditor's
Liquidating Trust

SEITZ, VAN OGTROP & GREEN, P.A.

Patricia Pyles McGonigle (No. 3126)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Telephone:    (302) 888-0600

-and-

LAW OFFICES OF MICHAEL T.
  O'HALLORAN
Cheryl Stengel, Esquire
1010 2nd Ave., Suite 1727
San Diego, CA 92101
Telephone:    (619) 233-1727

Attorneys for Soco Group

606478v1