## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esq., hereby certify that on the 20th day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA HAND DELIVERY

Patricia Pyles McGonigle, Esquire
*Seitz, Van Ogtrop & Green, P.A.*
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Cheryl Stengel, Esquire
*Law Offices of Michael T. O'Halloran*
1010 2nd Ave., Suite 1727
San Diego, CA 92101

_____
Mary E. Augustine (No. 4477)